# EXHIBIT 2

**REGISTER OF WILLS** **CERTIFICATE OF GRANT OF LETTERS**

**VENANGO County, Pennsylvania**

Estate No. 61-25-00420

Estate Of: BAKER JAMIE MARIE
(Last, First, Middle)

Late Of: CANAL TOWNSHIP
VENANGO COUNTY

Deceased
Social Security No: 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

---

WHEREAS, BAKER JAMIE MARIE
(Last, First, Middle)

late of CANAL TOWNSHIP VENANGO COUNTY
died on the 17th day of June 2025 and,

WHEREAS, the grant of Letters of Administration is required for the administration of the estate.

THEREFORE, I, CORI R. SHARPE, Register of Wills in and for VENANGO County, in the Commonwealth of Pennsylvania, have this day granted Letters of Administration to:

BAKER LINDSAY

who has duly qualified as ADMINISTRATOR(RIX) of the estate of the above named decedent and has agreed to administer the estate according to law, all of which fully appears of record in my office at VENANGO COUNTY COURT HOUSE, FRANKLIN, PENNSYLVANIA.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of my office on the 26th day of November 2025.

Cori R. Sharpe
Register of Wills

**NOTE** ALL NAMES ABOVE APPEAR (LAST, FIRST, MIDDLE)