# EXHIBIT 1

# LOCAL REGISTRAR'S CERTIFICATION OF DEATH

**WARNING: It is illegal to duplicate this copy by photostat or photograph.**

## Certification of Death

Disposition Permit Number: E065906

State File Number: 365981-2025

Decedent's Legal Name: Jamie Marie Baker

Date of Death: June 17, 2025

Alias: Not Applicable

Social Security Number: 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

Sex: Female

Age: 35 Years

Date of Birth: September 01, 1989

Birthplace: Oil City, Pennsylvania

Ever in US Armed Forces: No

Marital Status at Time of Death: Never Married

Residence Address: 793 Old Route 322 Cochranton, Pennsylvania 16314-1843

Surviving Spouse's Name: Not Applicable

Residence County: Venango

Parent's Name: David A. Baker

Parent's Name: Marlene D. Puleo

Informant's Name: David A. Baker

Informant's Relationship to Decedent: Father

Place of Death: Hospital-ER/Outpatient UPMC Northwest

City or Town, State, and Zip Code: Seneca, PA 16346-2130

County of Death: Venango

Method of Disposition: Cremation

Place of Disposition: Venango Cremation Services

Location of Disposition: Oil City, PA 16301-1806

Date of Disposition: June 20, 2025

Time of Death: Pronounced: 2:00 AM

Name and Address of Funeral Facility: Timothy E Hartle Funeral Home 1328 Elk St Franklin, PA 16323-1525

Funeral Director: *Timothy E. Hartle (Electronically Signed)*

PART I. Cause of Death:

| Immediate Cause | | Approximate Interval: Onset to Death |
|---|---|---|
| a. | Hanging | Minutes |
| b. | <<>> | <<>> |
| c. | <<>> | <<>> |
| d. | <<>> | <<>> |

PART II. Other Significant Conditions Contributing to Death: <<>>

Was an Autopsy Performed? Yes

Were Autopsy Findings Available to Complete Cause of Death? Yes

Date of Injury: Approx.: June 17, 2025

Time of Injury: Approx.: 1:00 AM

Place of Injury: Other Building

Injury at Work: No

Location of Injury: 1186 Elk St Franklin, Pennsylvania 16323-1247

Describe How Injury Occurred: Decedent hanged herself inside her cell at Venango County Jail.

If Transportation Injury, Specify: Unrecorded

Did Tobacco Use Contribute to Death? No

Pregnant at Time of Death: Not pregnant within one year of death

Manner of Death: Suicide

Hispanic Origin: No, not Spanish/Hispanic/Latino

Education: Some college credit, but no degree

Decedent's Race: White

Usual Occupation: Package Handler

Kind of Business/Industry: e Commerce Delivery Service

Certifier's Name & Title: *Christine Rugh Coroner (Electronically Signed)*

Address: County Courthouse Liberty Street, Franklin, Pennsylvania 16323

Date Certified: July 21, 2025

Registrar's Name/District Number: *Kaitlyn Sampson (Electronically Signed)* 20-209

Date Filed: June 23, 2025

This is to certify that this is a true copy of the record which is on file in the Pennsylvania Department of Health, in accordance with the Vital Statistics Law of 1953, as amended.

*Lisa A. Hasselbrook*
Lisa A. Hasselbrook
State Registrar

[signature] 07/30/2025
Local Registrar Date Issued

COMMONWEALTH OF PENNSYLVANIA ★ DEPARTMENT OF HEALTH ★

H105.805.1 REV (8/20)

**WARNING:** THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.

L 921734009

Order Number FHO202507651743

TIMOTHY E HARTLE FUNERAL HOME
1328 ELK ST
FRANKLIN, PA 16323-1525

Certificate Fee: $20.00