# AFFIDAVIT

I, Lindsay Baker, hereby swear that I am the Plaintiff and next friend in the within action and that I have read the Complaint and that the allegations contained herein are true and correct to the best of my knowledge, information, and belief. I understand that the statements of facts made herein are made subject to the penalties of perjury.

Dated: August 18. 2026

Lindsay Baker

Lindsay Baker